UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CR. NO. 1:22-CR- 429 |
| v. | : | (Judge Conner) |
| **KENNETH CABRERA**<br>Defendant. | : | |

### INDICTMENT

FILED
HARRISBURG, PA

DEC 21 2022

PER _____ DEPUTY CLERK

THE GRAND JURY CHARGES:

### COUNT 1
18 U.S.C. § 922(o)
(Illegal Possession of a Machinegun)

On or about November 22, 2022, in York County, within the Middle District of Pennsylvania, the defendant,

### KENNETH CABRERA,

did knowingly possess a machinegun and machineguns, that is, five autosears that are designed and created to convert a semiautomatic pistol into a fully automatic machinegun.

All in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

THE GRAND JURY FURTHER CHARGES:

**COUNT 2**
26 U.S.C. § 5861(b)
(Receipt or Possession of a Firearm Transferred in Violation of the National Firearms Act)

On or about November 22, 2022, in York County, within the Middle District of Pennsylvania, the defendant,

**KENNETH CABRERA**,

knowingly received and possessed firearms, that is, five autosears that are designed and created to convert a semiautomatic pistol into a fully automatic machinegun, in contravention of chapter 53 of Title 26.

All in violation of Title 26, United States Code, Sections 5812, 5861(b), and 5871.

THE GRAND JURY FURTHER FINDS PROBABLE CAUSE:

## **FORFEITURE ALLEGATION**

1. The allegations contained in Counts 1 and 2 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), Title 49, United States Code, Section 80303, and Title 26, United States Code, Section 5872.

2. Upon conviction of the offenses in violation of Title 18, United States Code, Section 922(o) and Title 26, United States Code, Section 5861(b) set forth in Counts 1 and 2 of this Indictment, the defendant,

### KENNETH CABRERA,

shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), Title 49, United States Code, Section 80303, and/or Title 26, United States Code, Section 5872, any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses; and any firearms and ammunition involved in the commission

of the offenses. The property to be forfeited includes, but is not limited to, the following:

    a.    five autosears

3. If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

4

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), Title 49, United States Code, Section 80303, and Title 26, United States Code, Section 5872.

A TRUE BILL

GERARD M. KARAM
United States Attorney

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
FOREPERSON

*[signature]*

DAVID J. MAISCH
Special Assistant U.S. Attorney

12/21/2022
Date